1  ZIEVE, BRODNAX & STEELE, LLP
   Jennifer A. Needs, Bar No. 261153
2  jneeds@zbslaw.com
   Bradford E. Klein, Bar No. 259252
3  bklein@zbslaw.com
4  30 Corporate Park, Suite 450
   Irvine, CA  92606
5  Telephone: (714) 848-7920
   Fax: (714) 908-2615
6

7  Attorneys for Defendant
   LAW OFFICES OF LES ZIEVE
8

9                  **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

11

| | |
|---|---|
| ROBERT K. RUEGSEGGER, Jr., an individual, and GIGI E. RUEGSEGGER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A. AS TRUSTEE FOR THE LSF9 MASTER PARTICIPATION TRUST; LSF9 MASTER PARTICIPATION TRUST; LAW OFFICES OF LES ZIEVE; OCWEN LOAN SERVICING, LLC; WILMINGTON TRUST, N.A.; ARLP SECURITIZATION TRUST, SERIES 2014-2; RESI WHOLE LOAN IV LLC; ALTISOURCE RESIDENTIAL CORPORATION, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 8:17-cv-00907-DOC-KES<br><br>Assigned for All Purposes to:<br>The Honorable David O. Carter<br>Courtroom 9D<br><br>**NOTICE OF LODGING PROPOSED ORDER RE DEFENDANT LAW OFFICE OF LES ZIEVE'S MOTION TO DISMISS** |

---

**NOTICE OF LODGING**

8:17-cv-00907-DOC-KES

1

1      PLEASE TAKE NOTICE that Defendant Law Offices of Les Zieve has lodged a [Proposed] Judgment, a copy of which is attached hereto.

Dated: March 26, 2019

ZIEVE, BRODNAX & STEELE, LLP

By: */s/ Bradford E. Klein*
     JENNIFER A. NEEDS, ESQ.
     BRADFORD E. KLEIN, ESQ.
     Attorneys for Defendant
     LAW OFFICES OF LES ZIEVE

**NOTICE OF LODGING**

8:17-cv-00907-DOC-KES